## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Indigo OceanRose Kraim |
| Street Address | 4138 McQueen Street A |
| City and County | Columbia    Richland |
| State and Zip Code | SC    29203 |
| Telephone Number | (470) 227-3924   (803) 233-8442 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Columbia Police Department |
| Job or Title (if known) | |
| Street Address | 1 Justice Square |
| City and County | Columbia    Richland |
| State and Zip Code | SC    29203 |
| Telephone Number | (803) 545-3500 |

Defendant No. 2

| | |
|---|---|
| Name | Columbia Housing Authority |
| Job or Title (if known) | |
| Street Address | 1917 Harden St Columbia SC 29203 |
| City and County | Columbia    Richland 29204 |
| State and Zip Code | SC    29203 |
| Telephone Number | (803) 254-3886 |

Defendant No. 3

| | |
|---|---|
| Name | Richland County Sheriff Dept. |

Job or Title
(if known) _____

Street Address  5623 Two Notch Rd

City and County  Columbia   Richland

State and Zip Code  SC   29203

Telephone Number  (803) 576-3000

Defendant No. 4

Name  Richland Springs

Job or Title
(if known) _____

Street Address  11 Medical Park

City and County  Columbia   Richland

State and Zip Code  SC   29203

Telephone Number  (803) 296-5520
                  (803) 434-4800

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

3

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Indigo Kraim, is a citizen of the State of *(name)* S.C.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* The State of SC, is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* Federal building/State office.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*3.8 million dollars*
*2nd Amendment restored*
*all old files destroyed*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Violation of human rights to include not limited 2nd Amendment right, harassment, "gangstalking", lost of freedom, slander and defamation of character, emotional distress*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*3.8 million dollars, 2nd Amendment right restored & any and all files (Erica Hunter) destroyed. Protection from any and all retaliation.*

5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff            _____
Printed Name of Plaintiff         _____

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney             _____
Printed Name of Attorney          _____
Bar Number                        _____
Name of Law Firm                  _____
Address                           _____
Telephone Number                  _____
E-mail Address                    _____